# United States Bankruptcy Court
# Central District of California

In re:
Ruby's Huntington Beach, Ltd., a California limited partnership

CHAPTER NO.: 11

CASE NO.: 8:18–bk–13199–CB

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

- ☒ Corporate Resolution Authorizing Filing of Petition required for Chapter 7 and 11. [Court Manual, section 2.1]
- ☒ Corporate Ownership Statement as specified by LBR 1007–4
- ☒ Statement of Related Cases (LBR Form 1015–2) [Information required by LBR 1015–2]
- ☒ Disclosure of Compensation of Attorney for Debtor (Official Form 2030). [11 U.S.C. § 329; FRBP 2016(b)]
- ☒ Verification of Master Mailing List of Creditors [LBR 1007–1(a)] (LBR Form F1007–1)

- ☐ Other *(Specify):*

**B.** If you are a Small Business Debtor in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash–flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash–flow statement has been prepared and no Federal tax return has been filed. [11 U.S.C.§1116]

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

Chapter 11    Original and 2 Copies. 1 copy marked as "Judge's Copy."

**Please return the original or copy of this form with all required items to the following location:**

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.

Dated: August 29, 2018

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form mccdn – Rev 01/2018)

**4 – 1 / TLG**